2011 JAN -5 AM 12: 40

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| v. | ) | |
| Plaintiff, | ) | Case No. **1:11CR 004** |
| | ) | |
| ERIC TUTSTONE, | ) | Title 18, United States Code, |
| | ) | Sections 1591(a)(1) and (b)(2), |
| | ) | 1591(a)(2), and 1594(a) |
| Defendant. | ) | **JUDGE ADAMS** |

Count 1

The Grand Jury charges:

1. Between on or about December 7, 2010, and or about December 9, 2010, in the Northern District of Ohio, Eastern Division, the defendant, ERIC TUTSTONE, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means, a minor under the age of 18, namely, "S.J.", knowing and in reckless disregard of the fact that "S.J." had not attained the age of 18 years and that "S.J." would be caused to engage in a commercial sex act, and did attempt so to do.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2), and 1594(a).

2

## Count 2

The Grand Jury further charges:

2.  On or about December 9, 2010, in the Northern District of Ohio, Eastern Division, the defendant, ERIC TUTSTONE, did knowingly benefit, financially and by receiving anything of value, from participating in a venture, in and affecting interstate commerce, which did recruit, entice, harbor, transport, provide, obtain and maintain, by any means, a minor under the age of 18 years, namely "S.J.", knowing and in reckless disregard of the fact that "S.J." had not attained the age of 18 years and that "S.J." would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(2).

A TRUE BILL.

Original document – Signatures on file with the Clerk of courts, pursuant to the E-Government Act of 2002.