# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | CASE NO. 11 CR 00004 |
| Plaintiff, | } | |
| | } | JUDGE: ADAMS, J. |
| v. | } | |
| | } | |
| | } | **OBJECTIONS TO THE PRE SENTENCE** |
| ERIC TUTSTONE | } | **REPORT** |
| Defendant. | } | |

Now comes the Defendant, ERIC TUTSTONE, by and through his attorney, and respectfully makes the following objections to the presentence report dated 1 February 2012 as more fully explained in the attached Memorandum in support.

Respectfully submitted,

\_\_s/J.Kersey_____
James M. Kersey  (0017785)
1370 Ontario St.
 Suite 1350
Cleveland, OH 44113
(216) 241-3470

**ATTORNEY FOR DEFENDANT**

## SERVICE

      Now comes the undersigned and hereby certifies that a copy of the foregoing Objections to the Presentence Report was electronically filed w/ the offices of Duncan Brown, Assistant United States Attorney,801 W. Superior Ave.,Suite 400 ., Cleveland, Ohio 44113;Kristine M. Lorentz, Probation Officer, United States District Court, Suite 300, 801 W. Superior Ave., Cleveland, Ohio 44113 this \_\_\_\_ day of February 2012.

      \_\_s/J.Kersey_____
      James M. Kersey

# MEMORANDUM

Counsel for Eric Tutstone objects to the following specifics as mentioned in the presentence report by chronological paragraph(s), to wit:

The Assistant U.S. Attorney is Duncan Brown;

Paragraph 8: The portion of what Marie explained did **NOT** include " but it was up to them to decide if they wanted to have  sexual intercourse;

Paragraph 10: she informed him she was 18 not 16 and he would not let her move into his house until she was 18;

Paragraph 11: The defendant claims he never told the investigating agents that he lived with 5 women who did various jobs for him such as cooking cleaning and taking care of him.

Paragraph 12: The defendant indicates he never discussed with Marie anything concerning SJ having an orgasm;

Paragraph 14: the $300.00 was only intended for the party;

Paragraph 15: the defendant denies that  Marie also told him SJ was to be used for sex with adult men. It was his understanding this was only for phone sex;

Paragraph 53: The defendant surrendered himself, without incident , at The Willoughby Municipal Court;

Paragraphs 58-77 all reflect in the reports that most of the incidents were either unreported, not prosecuted or dismissed by the court;

Paragraph 95: several of the defendant's children are supported by him.

           Respectfully submitted,

           S/j. Kersey

           James M. Kersey(0017785)
           Attorney for the Defendant
           1370 Ontario St., Suite 1350
           Cleveland, Ohio 44113
           (216) 241-3470